# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **ROBERT RUTLEDGE and CAROL BARCLAY** on their own behalf and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>**FRONTLINE ASSET STRATEGIES, LLC,**<br><br>　　　　Defendant. | CASE NO.<br>(Raleigh County Case No. 18-C-364-D)<br><br>**NOTICE OF REMOVAL**<br><br><br>5:19-cv-00217 |

## NOTICE OF REMOVAL

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that Defendant Frontline Asset Strategies, LLC (hereinafter referred to as "Defendant") respectfully submits this Notice of Removal in this civil action from the Circuit Court of the State of West Virginia for the County of Raleigh to the United States District Court for the Southern District of West Virginia, pursuant to 228 U.S. Code § 1332 and 28 U.S.C. § 1446(b)(3), based on diversity of citizenship and the matter in controversy exceeds $75,000.00, exclusive of interest and costs. Specifically, Plaintiffs ROBERT RUTLEDGE and CAROL BARCLAY (hereinafter referred to as "Plaintiffs") resided in West Virginia at all times alleged in the Complaint, and Defendant's principal place of business is located in the state of Minnesota.

In support of this Notice of Removal, Defendant, through its counsel, states as follows:

## PROCEDURAL BACKGROUND

1. Plaintiff commenced this action by filing a Complaint in the Circuit Court of the State of West Virginia for the County of Raleigh on August 10, 2018, styled *Robert Rutledge and Carol Barclay on their own behalf and on the behalf of all others similarly situated, v. Frontline Asset Strategies, LLC,* Case No. 18-C-363-D (the "State Court Action"). *See* Complaint, attached hereto as Ex. A.

2. The Complaint alleges violations of the West Virginia Consumer Credit and Protection Act (WVCCPA) West Virginia Code §§46A-2-124, -2-127. *See generally,* Ex. A.

3. Within the Complaint, Plaintiffs agree to not seek more than $75,000 in damages. *See* Ex. A.

## BASIS FOR REMOVAL – DIVERSITY OF CITIZENSHIP

4. Under 28 U.S.C. § 1332(a)(1), the district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between citizens of different states.

5. On March 1, 2019, Plaintiffs submitted to counsel for Defendant, an offer to compromise, demanding $1,985,430.00, which far exceeds $75,000.00. *See* offer of compromise dated March 1, 2019, attached hereto as Ex. B.

6. This matter is removable pursuant to 28 U.S.C. § 1332 because Plaintiffs are citizens of West Virginia, Defendant's principal place of business is located in the state of Minnesota and the matter in controversy exceeds $75,000.00, exclusive of interest and costs.

7. Accordingly, this action is one which may be removed to this Court by Defendant pursuant to 28 U.S.C. § 1332.

## TIMELINESS OF REMOVAL

8. While it has been known that the parties are diverse since the onset of this matter, the Plaintiffs' Complaint included a stipulation indicating that "Plaintiff shall neither seek nor

accept an amount greater than $75,000.00 in this case, including any award of attorney's fees, but excluding interest and costs." *See* Ex. A at page 12.

9. As such, it was first ascertained that this case was one that can be removed on March 1, 2019, when Plaintiff, despite the stipulation contained in his Complaint, submitted the aforementioned offer of compromise demanding an amount that far exceeds $75,000.00. *See* Ex. B.

10. Therefore, Defendant's Notice of Removal is timely because Defendant filed this Notice "within thirty days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable." 28 U.S.C. § 1446(b)(3).

## VENUE

11. Venue is proper in this district and division because the State Court Action was filed and is pending in the Circuit Court of the State of West Virginia for the County of Raleigh, which is located within the United States District Court for the Southern District of West Virginia.

## COMPLIANCE WITH REMOVAL PROCEDURES

12. Defendant has complied with all of the procedural requirements for removal set forth in 28 U.S.C. § 1446.

13. As noted above, the Notice of Removal is filed within thirty (30) days of the service of the paper from which it may first be ascertained that the case is one which is or has become removable. *See* Ex. B.

14. Pursuant to § 1446(d), a copy of this Notice of Removal, including exhibits, is being served on Plaintiffs.

15. Pursuant to § 1446(d), a copy of this Notice of Removal, including exhibits, will be filed with the Circuit Court of Raleigh County, West Virginia, Case No. 18-C-363-D.

16. Copies of all process, pleadings and orders served on Defendant are attached hereto.

*See* Certificate of Filing of State Court Pleadings, filed concurrently herewith.

**WHEREFORE**, for the foregoing reasons, Defendant removes this action from the Circuit Court of the State of West Virginia for the County of Raleigh to the United States District Court for the Southern District of West Virginia and respectfully requests that this Court exercise jurisdiction over this action.

Dated:  March 22, 2019

Respectfully submitted,

By:  /s/ Katlin Connelly Zarisky
Katlin Connelly Zarisky, Esquire
(W. Va. Bar No. 11846)
GORDON REES SCULLY MANSUKHANI, LLP
707 Grant Street, Suite 3800
Pittsburgh, PA 15219
Phone:  (412) 316-2917
Fax:  (412) 347-5461
Email: kzarisky@grsm.com

Attorneys for Defendant
Frontline Asset Strategies, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record, and I served counsel for plaintiff via email and United States Mail as follows:.

Steven R. Broadwater, Esq.
P O Box 959
Fayetteville, WV 25840

sbroadwaters@hamiltonburgess.com

*Counsel for Plaintiffs*

                s/Katlin Connelly Zarisky